# <u>EXHIBIT A</u>

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

LAURA L. DUBUISSON

        Plaintiff,

vs.                            Case No. :

THE SHERWIN WILLIAMS COMPANY,
a Foreign corporation,

        Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, LAURA L. DUBUISSON, by and through her undersigned counsel, hereby sues Defendant, THE SHERWIN WILLIAMS COMPANY, a Foreign corporation ("Defendant" or "SHERWIN"), and shows:

## NATURE OF ACTION

1. This is an action by Plaintiff under Florida's domestic/sexual violence leave statute, Florida Statute §741.313, entitled, "Unlawful action against employees seeking protection", which provides for leave from employment for persons dealing with domestic or sexual violence, as defined by statute. Plaintiff, a store manager for Sherwin-Williams in Fort Lauderdale and an Emerging Leader for the company, sought a transfer and leave from work in order to relocate and seek housing in another state in order to escape sexual violence from her ex-boyfriend. After agreeing to transfer her to another state, and while she was in the process of relocating to new housing there, Sherwin-Williams terminated her in retaliation for seeking leave and violated her right to confidentiality under the statute. She seeks actual damages and equitable relief in the

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting <u>data</u> pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

Laura Dubuisson
 Plaintiff
        vs.
The Sherwin-Williams Company
Defendant

**II.    AMOUNT OF CLAIM**
     Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>30,000</u>

**III.    TYPE OF CASE**    (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

| | |
|---|---|
| ☐ Malpractice – other professional (top right) | |

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability – commercial
  ☐ Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
  ☐ Commercial foreclosure
  ☐ Homestead residential foreclosure
  ☐ Non-homestead residential foreclosure
  ☐ Other real property actions
☐ Professional malpractice
  ☐ Malpractice – business
  ☐ Malpractice – medical

☐ Malpractice – other professional
☒ Other
  ☐ Antitrust/Trade Regulation
  ☐ Business Transaction
  ☒ Circuit Civil - Not Applicable
  ☐ Constitutional challenge-statute or ordinance
  ☐ Constitutional challenge-proposed amendment
  ☐ Corporate Trusts
  ☐ Discrimination-employment or other
  ☐ Insurance claims
  ☐ Intellectual property
  ☐ Libel/Slander
  ☐ Shareholder derivative action
  ☐ Securities litigation
  ☐ Trade secrets
  ☐ Trust litigation

☐ County Civil
  ☐ Small Claims up to $8,000
  ☐ Civil
  ☐ Replevins
  ☐ Evictions
  ☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV.** **REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☒ Non-monetary declaratory or injunctive relief;
- ☐ Punitive

**V.** **NUMBER OF CAUSES OF ACTION:**
(Specify)

1

**VI.** **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐ Yes
- ☒ No

**VII.** **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

**VIII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒ Yes
- ☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   s/ Ephraim Hess
            Attorney or party
FL Bar No.: 983100
            (Bar number, if attorney)
            Ephraim Hess
            (Type or print name)
Date:   01/08/2020

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting <u>data</u> pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.     CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Laura Dubuisson</u>
 Plaintiff
        vs.
<u>The Sherwin-Williams Company</u>
Defendant

**II.     AMOUNT OF CLAIM**
     Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>30,000</u>

**III.     TYPE OF CASE**     (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

|  |  |
|---|---|
| ☐ Condominium | ☐ Malpractice – other professional |
| ☐ Contracts and indebtedness | ☒ Other |
| ☐ Eminent domain | ☐ Antitrust/Trade Regulation |
| ☐ Auto negligence | ☐ Business Transaction |
| ☐ Negligence – other | ☒ Circuit Civil - Not Applicable |
| ☐ Business governance | ☐ Constitutional challenge-statute or ordinance |
| ☐ Business torts | ☐ Constitutional challenge-proposed amendment |
| ☐ Environmental/Toxic tort | ☐ Corporate Trusts |
| ☐ Third party indemnification | ☐ Discrimination-employment or other |
| ☐ Construction defect | ☐ Insurance claims |
| ☐ Mass tort | ☐ Intellectual property |
| ☐ Negligent security | ☐ Libel/Slander |
| ☐ Nursing home negligence | ☐ Shareholder derivative action |
| ☐ Premises liability – commercial | ☐ Securities litigation |
| ☐ Premises liability – residential | ☐ Trade secrets |
| ☐ Products liability | ☐ Trust litigation |
| ☐ Real Property/Mortgage foreclosure | |
| ☐ Commercial foreclosure | ☐ County Civil |
| ☐ Homestead residential foreclosure | ☐ Small Claims up to $8,000 |
| ☐ Non-homestead residential foreclosure | ☐ Civil |
| ☐ Other real property actions | ☐ Replevins |
| ☐ Professional malpractice | ☐ Evictions |
| ☐ Malpractice – business | ☐ Other civil (non-monetary) |
| ☐ Malpractice – medical | |

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 01/08/2020 07:56:43 PM.****

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**     **REMEDIES SOUGHT** (check all that apply):
   ☒  Monetary;
   ☒  Non-monetary declaratory or injunctive relief;
   ☐  Punitive

**V.**     **NUMBER OF CAUSES OF ACTION:**
   (Specify)


   1

**VI.**     **IS THIS CASE A CLASS ACTION LAWSUIT?**
   ☐  Yes
   ☒  No

**VII.**     **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
   ☒  No
   ☐  Yes – If "yes" list all related cases by name, case number and court:


**VIII.**     **IS JURY TRIAL DEMANDED IN COMPLAINT?**
   ☒  Yes
   ☐  No
   _____

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   _s/ Ephraim Hess_
             Attorney or party
FL Bar No.: _983100_
             (Bar number, if attorney)
             _Ephraim Hess_
             (Type or print name)
   Date:   _01/08/2020_

## VERIFIED RETURN OF SERVICE

State of Florida                    County of Broward                    Circuit Court

Case Number: CACE-20-000367

Plaintiff:
**LAURA L. DUBUISSON**

vs.

Defendant:
**THE SHERWIN WILLIAMS COMPANY**

For:
Ephraim Roy Hess
205 Davie Rd
Fort Lauderdale, FL 33315

Received by On Time Legal Services, a Divison of OTD on the 14th day of January, 2020 at 10:34 pm to be served on **The Sherwin Williams Company c/o Registered Agent Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301.**

I, Christopher Compton, do hereby affirm that on the **21st day of January, 2020 at 1:15 pm, I:**

SERVED the within named corporation by delivering a true copy of the  Summons, and Complaint and Demand for Jury Trial with the date and hour of service endorsed thereon by me to: VON SMITH as employee of the Registered Agent (Company) for The Sherwin Williams Company at 1201 Hays Street, Tallahassee, FL 32301 and informed said person of the contents therein, pursuant to F.S. 48.081

**Description of Person Served: Age: 40, Sex: M, Race/Skin Color: BLACK, Height: 6'0, Weight: 180, Hair: BLACK, Glasses: N**

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true.  Notary not required pursuant to FL Statute 92.525 Sec (2).


**Christopher Compton**
Certified Process Server # 101

**On Time Legal Services, a Divison of OTD**
3620 N.E. 5th Avenue
Oakland Park, FL 33334
(954) 915-8727

Our Job Serial Number: ABV-2020000208

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n



Filing # 101382244 E-Filed 01/09/2020 11:38:29 AM

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

LAURA L. DUBUISSON

        Plaintiff,

vs.                          Case No. : CACE-20-000367

THE SHERWIN WILLIAMS COMPANY,
a Foreign corporation,

        Defendant.
_____/

THE STATE OF FLORIDA:

To Each Sheriff of the State:

### SUMMONS

**YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint in this action upon the Defendant, **The Sherwin Williams Company,** by serving:

      **c/o REGISTERED AGENT**
      **CORPORATION SERVICE COMPANY**
      **1201 HAYS STREET**
      **TALLAHASSEE, FL 32301-2525**

The Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, Ephraim Roy Hess, Esquire, whose address is: **Hess Law Firm, 205 Davie Boulevard, Fort Lauderdale, FL 33315** within twenty (20) days after service of this Summons on the Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If the Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint.

WITNESS my hand and seal of this Court on _____JAN 09 2020_____

                                Brenda D. Forman
                                As Clerk of the Court

By: _____
      As

**BRENDA D. FORMAN**

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 01/09/2020 11:38:27 AM.****

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias,contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

LAURA DUBUISSON,

     PLAINTIFF,

vs.                           CASE NO.:  CACE-20-000367 (04)

THE SHERWIN WILLIAMS COMPANY,
a Foreign corporation

     DEFENDANT.
_____/

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant The Sherwin-Williams Company, pursuant to Fla. R. Civ. P. 1.090(b), moves for a 14-day enlargement of time to respond to Plaintiff's Complaint.  As grounds, Defendant states the following.

1.     The instant action is a lawsuit for violation of Fla. Stat. § 741.313.

2.     Defendant was served with Plaintiff's Complaint on January 21, 2020.

3.     Pursuant to Fla. R. Civ. P. 1.140(a), Defendant's Response to Plaintiff's Complaint is due on February 10, 2020.

4.     Defendant is making a good faith effort to evaluate Plaintiff's allegations in order to prepare an appropriate response.

5.     Defendant seeks a 14-day enlargement of time, through and including February 24, 2020 to respond to the Complaint.

6.      This enlargement of time is not made necessary due to neglect, nor is it for the purpose of delay.  Further, no party will be prejudiced by the Court granting this enlargement of time.

7.      For the reasons described above, good cause exists for the requested enlargement of time.

WHEREFORE, Defendant moves the Court for a 20-day enlargement of time, through and including February 24, 2020, within which Defendant may file its Response to Plaintiff's Complaint.

Dated: February 10, 2020

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
9130 South Dadeland Blvd., Suite 1625
Miami, Florida 33156
Telephone:  305.374.0506
Facsimile:   305.374.0456


*/s/ Paul De Boe*
 David M. DeMaio
  Florida Bar Number 886513
  david.demaio@ogletreedeakins.com
 Paul J. De Boe
  Florida Bar Number 52051
  paul.deboe@ogletreedeakins.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 10, 2020, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

/s/ Paul De Boe
Paul J. De Boe

**SERVICE LIST**

*Laura Dubuisson v. The Sherwin-Williams Company*
17th Judicial Circuit in and for Broward County, Florida
Case No. CACE-20-000367

Ephraim Roy Hess
 erh@thehessfirm.com
 erhpalaw@gmail.com
HESS LAW FIRM
205 Davie Boulevard
Ft. Lauderdale, Florida 33315
Telephone: 954.585.8599

*Counsel for Plaintiff*

Method of Service: Email

David M. DeMaio
 david.demaio@ogletreedeakins.com
Paul J. De Boe
 paul.deboe@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
9130 South Dadeland Blvd., Suite 1625
Miami, Florida 33156
Telephone:  305.374.0506
Facsimile:  305.374.0456

*Counsel for Defendant*

41697630.1

## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. <u>CACE20000367</u>   DIVISION <u>04</u>   JUDGE <u>Sandra Perlman</u>

**Laura L. Dubuisson**

Plaintiff(s) / Petitioner(s)

v.

**Sherwin-Williams Company**

Defendant(s) / Respondent(s)

_____/

## <u>AGREED ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT</u>
## <u>OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT</u>

THIS CAUSE came before the Court on Defendant's Motion for Enlargement of Time to

Respond to Plaintiff's Complaint. The Court having reviewed the motion and being otherwise

fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the motion is GRANTED. Defendant shall have up to and

including February 24, 2020 in which to file a Response to Plaintiff's Complaint.

**DONE** and **ORDERED** in Chambers, at Broward County, Florida on <u>02-13-2020</u>.

<u>CACE20000367 02-13-2020 12:45 PM</u>

Hon. Sandra Perlman

**CIRCUIT JUDGE**

Electronically Signed by Sandra Perlman

**Copies Furnished To:**

Ephraim Hess , E-mail : erhpalaw@gmail.com

Paul J. Deboe , E-mail : kelly.nino@ogletree.com

Paul J. Deboe , E-mail : veronica.alarcon@ogletree.com

Paul J. Deboe , E-mail : paul.deboe@ogletreedeakins.com

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

LAURA L. DUBUISSON,

      PLAINTIFF,

vs.                           CASE NO.:  CACE-20-000367 (04)

THE SHERWIN WILLIAMS COMPANY,
a Foreign corporation

      DEFENDANT.

_____/

### **DEFENDANT'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendant The Sherwin-Williams Company, pursuant to Fla. R. Civ. P. 1.110(c), answers the numbered paragraphs of the Complaint filed by Plaintiff Laura Dubuisson and presents the following defenses:

### **"NATURE OF ACTION"**

1.      Admitted that Plaintiff purports to bring an action under Fla. Stat. § 741.313. Admitted that Plaintiff was a store manager for Sherwin-Williams in Fort Lauderdale before she transferred to Colorado.  Admitted that Plaintiff purports to seek damages and equitable relief in the form of reinstatement.  Defendant denies that Plaintiff is entitled to the relief sought or any relief at all.  All remaining allegations are denied.

### **"JURISDICTION AND VENUE"**

2.      Admitted that Plaintiff purports to seek damages in excess of $15,000.00, exclusive of pre-judgment interest and costs.  Denied that Plaintiff is entitled to the relief sought or any relief at all.

3.      Denied.

4.     Admitted that at all times material to this action, Defendant is and was a foreign corporation conducting business within Broward County, Florida.  Admitted that Defendant employed Plaintiff, as a Store Manager in Fort Lauderdale before Plaintiff transferred to Colorado.  All remaining allegations are denied.

5.     Denied.

### "FACTS"

6.     Admitted.

7.     Admitted that Plaintiff was employed by Defendant at all material times and for over six years.  Otherwise denied.

8.     Admitted that on September 10, 2019, Plaintiff contacted Defendant's Human Resources Division.  Admitted that Plaintiff asked for help relocating, allegedly because an ex-boyfriend threatened to kill her.  Also admitted that Plaintiff claimed to be in danger.  Otherwise denied.

9.     Denied.

10.    Defendant is presently without knowledge sufficient to form a belief as to the allegations in this paragraph and therefore denies them.

11.    Admitted that Defendant sent Plaintiff a termination letter dated October 15, 2019.  Defendant is presently without knowledge sufficient to form a belief as to the remaining allegations in this paragraph and therefore denies them.

12.    Denied.

13.    Denied.

14.    Admitted that Plaintiff and Scott Granger were both employed by Defendant.  Otherwise denied.

15.     Denied.

16.     Denied.

17.     Admitted that Plaintiff asked for, and received approval for, relocation to Colorado.  Otherwise denied.

18.     Denied.

### "COUNT I – VIOLATION OF SECTION 741.313, FLORIDA STATUTES"

19.     Defendant repeats and incorporates by reference its responses to Paragraphs 1-18 as if set forth in full herein.

20.     Denied.

21.     Denied as phrased.  Admitted that Fla. Stat. § 741.313 affords certain individuals living and working in Florida the right to take three days of leave free from retaliation or interference under the narrow circumstances described by the statute.

22.     Admitted that Fla. Stat. § 741.313 states: "A private employer must keep all information relating to the employee's leave under this section confidential."  Otherwise denied.

23.     Denied.

Defendant denies that Plaintiff is entitled to any of the relief requested in the "WHEREFORE" clause following Paragraph 23 and further denies that Plaintiff is entitled to any relief at all.

### "DEMAND FOR TRIAL BY JURY"

Defendant admits that Plaintiff demands a jury trial.

### DEFENSES AND AFFIRMATIVE DEFENSES

1.     Fla. Stat. § 741.313 does not apply extraterritorially to actions taken by Defendant with respect to the employment of an employee living and working in Colorado.

2.      Plaintiff is not entitled to any protection or remedy under Fla. Stat. § 741.313 as she was not a victim of domestic violence or sexual violence as those terms are defined by the statute.

3.      Fla. Stat. § 741.313 does not limit the employer's right to discipline or terminate any employee for any reason, including, but not limited to, reductions in work force or termination for cause or for no reason at all, other than exercising his or her rights under the statute.

4.      All actions taken by Defendant with respect to Plaintiff's employment were for legitimate reasons not prohibited by Fla. Stat. § 741.313.

5.      Any recovery by Plaintiff must be reduced, in whole or in part, because and to the extent that Plaintiff failed or refused to take reasonable efforts to mitigate Plaintiff's damages.

6.      Defendant reserves the right to add additional defenses that may become applicable while discovery proceeds.

WHEREFORE, Defendant respectfully requests that this Court dismiss Plaintiff's Complaint with prejudice, award Defendant its costs and reasonable attorneys' fees incurred in this action, and provide any such other and further relief as this Court deems just and proper.

Dated: February 24, 2020

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
Two Datran Center
9130 South Dadeland Blvd., Suite 1625
Miami, Florida 33156
Telephone:  305.374.0506
Facsimile:  305.374.0456


*/s/ Paul De Boe*
 David M. DeMaio
  Florida Bar Number 886513
  david.demaio@ogletreedeakins.com
 Paul J. De Boe
  Florida Bar Number 52051
  paul.deboe@ogletreedeakins.com

*Counsel for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on February 24, 2020, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

*/s/ Paul De Boe*

## **SERVICE LIST**

*Laura L. Dubuisson v. The Sherwin-Williams Company*
17th Judicial Circuit in and for Broward County, Florida
Case No. CACE-20-000367

Ephraim Roy Hess
  erh@thehessfirm.com
  erhpalaw@gmail.com
HESS LAW FIRM
205 Davie Boulevard
Ft. Lauderdale, Florida 33315
Telephone: 954.585.8599

*Counsel for Plaintiff*

Method of Service: Florida E-Filing Portal

David M. DeMaio
  david.demaio@ogletreedeakins.com
Paul J. De Boe
  paul.deboe@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
Two Datran Center
9130 South Dadeland Blvd., Suite 1625
Miami, Florida 33156
Telephone:  305.374.0506
Facsimile:   305.374.0456

*Counsel for Defendant*

41762376.1

7

Filing # 103865705 E-Filed 02/25/2020 01:38:25 PM

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

LAURA L. DUBUISSON

        Plaintiff,

vs.                         Case No. : CACE-20-000367 (04)

THE SHERWIN  WILLIAMS COMPANY,
a Foreign corporation,

        Defendant.

_____/

**NOTICE OF UNAVAILABILITY**

    Please take notice that Ephraim Roy Hess, Esquire, will be unavailable**, MONDAY, MARCH 2nd, 2020, THROUGH AND INCLUDING FRIDAY, APRIL 10th, 2020,** and respectfully requests that no trials, hearings or depositions be scheduled during this time and that no motions, notices to produce, interrogatories or other pleadings or discovery be filed or served which require a timely response during this time; and, that all pending matters remain in status quo during this period of time.

    The filing and service of this Notice shall constitute an application for Protective Order, Motion for Extension of Time or Motion for Continuance as appropriately required for the above reason.

                        By:      _____/s/_____
                                  Ephraim Roy Hess, Esquire
                                  Florida Bar No. 983100
                                  HESS LAW FIRM
                                  205 Davie Boulevard
                                  Fort Lauderdale, FL 33315
                                  (954) 585-8599
                                  erhpalaw@gmail.com
                                  *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic service via the Florida Courts E-Filing Portal, in accordance with Administrative Order No. AOSC13-49, to Paul J. De Boe, Esq., **Ogletree, Deakins, Nash, Smoak & Stewart, P.C.** Two Datran Center, 9130 S. Dadeland Boulevard, Suite 1625, Miami, FL 33156 at

Case No. : CACE-20- 000367 (04)
Dubuisson vs. Sherwin-Williams

paul.deboe@ogletree.com,  veronica.alarcon@ogletree.com  and  kelly.nino@ogletree.com,  this  <u>25th</u> day
of February, 2020.

By:  <u>           /s/                       </u>

Ephraim Roy Hess, Esquire

### THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

Laura L. Dubuisson

      Plaintiff,

vs.

 Sherwin-Williams Company

      Defendant,

CASE NO.: CACE20000367

JUDGE: Perlman, Sandra (04)

### NOTICE OF LACK OF PROSECUTION AND NOTICE OF HEARING PURSUANT TO FLORIDA RULE OF CIVIL PROCEDURE 1.420 (e)

**NOTICE** it appears on the face of the record *no record activity* by way of filing of pleadings, orders of the court, or otherwise, has occurred for a period of 10 months immediately preceding service of this notice. Further, no order staying the action has been issued nor stipulation for stay approved by the court. Therefore, any interested person, whether a party to the action or not, including the Court, may serve notice to all parties that no such activity has occurred and such Notice is hereby given.

**THEREFORE**, pursuant to *Fla. R. Civ. P.* 1.420 (e), if no record activity occurs within 60 days following the service of this notice; and, if no stay is issued during the 60-day period, this action **shall be dismissed** by the Court on its own motion; or on the motion of any interested person, whether a party to the action or not, after reasonable notice to the parties. Notice is hereby given that unless a party shows good cause in writing at least **5 days** prior to the hearing, this case shall be dismissed without further order of the court. A hearing is scheduled on this Notice of Lack of Prosecution for 03-10-2021 9:30 AM before the Honorable Perlman, Sandra (04)                                                                ,
 in Courtroom  16165 or Zoom: https://17thflcourts.zoom.us/j/726619094                                ,
of the Broward County Courthouse, 201 SE 6th Street, Ft Lauderdale, FL 33301

Check Court Procedures to determine Court or Zoom.

Should a pleading be filed within the time period set forth herein, the scheduled hearing **IS NOT CANCELLED.** The scheduled hearing will go forward as a case management conference per FLRCivP 1.200 to determine the status of the case. All counsel and any self-represented party MUST appear at the hearing and be prepared to schedule future events on the matter. **FAILURE TO APPEAR MAY RESULT IN A DISMISSAL OF THE CASE, SANCTIONS, OR ENTRY OF A DEFAULT.** Telephonic appearances are not permitted absent prior approval from the Court.

**Further, pursuant to the Florida Rules of Jud Adm 2.516 (h) the Court orders counsel of record SHALL serve this notice on any self-presented party as prescribed by law.**

**DONE AND ORDERED** at Fort Lauderdale, FL on January 06, 2021

CACE20000367 01-06-2021 7:14 PM

CACE20000367 01-06-2021 7:14 PM
**CIRCUIT COURT JUDGE**

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Diana Sobel, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Copies Furnished to:

Ephraim Hess, Email : erhpalaw@gmail.com
Paul J. DeBoe, Email : veronica.alarcon@ogletree.com
Paul J. DeBoe, Email : paul.deboe@ogletreedeakins.com
Paul J. DeBoe, Email : Kelly.nino@ogletree.com